UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RAFE T. HARPER | CIVIL ACTION NO. 5:15-cv-0019 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| CADDO CORRECTIONS CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§1915 and 11915A.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16th day of JULY, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE